**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Bogar AGUDO-MONROY,**
**Defendant-Appellant.**

**No. 16-50380**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted December 6, 2017 Pasadena, California

Filed December 11, 2017

Meghan Heesch, Helen H. Hong, Daniel Earl Zipp, Assistant U.S. Attorneys, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Gary Paul Burcham, Burcham & Zugman, San Diego, CA, for Defendant-Appellant

Before: CANBY and REINHARDT, Circuit Judges, and BLOCK,* District Judge.

### MEMORANDUM **

Defendant-Appellant Bogar Agudo-Monroy argues on appeal that a number of mostly unpreserved trial errors deprived him of a fair trial, either individually or cumulatively.

We conclude that the district court plainly erred by admitting irrelevant evi-

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

dence regarding the deconfliction of phone numbers in a cell phone connected to Agudo-Monroy. The district court also abused its discretion by allowing unnoticed expert testimony interpreting the cell phone log. We find these errors harmless, both individually and cumulatively, in light of the overwhelming evidence of guilt. *See United States v. Whitehead*, 200 F.3d 634, 639 (9th Cir. 2000); *see also United States v. Karterman*, 60 F.3d 576, 580 (9th Cir. 1995).

The other grounds on which Agudo-Monroy appeals did not amount to error, but even if they did it would not affect our conclusion regarding harmlessness.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.